UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re:                                    §
                                          §
RICHARD A MOSS                            §    Case No. 14-37504
                                          §
                Debtor                    §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/16/2014 . The undersigned trustee was appointed on 10/16/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    30,000.00

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement              0.00
   Administrative expenses                              3,550.00
   Bank service fees                                      146.48
   Other payments to creditors                              0.00
   Non-estate funds paid to 3rd Parties                     0.00
   Exemptions paid to the debtor                            0.00
   Other payments to the debtor                             0.00

   Leaving a balance on hand of[1]              $    26,303.52

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  01/13/2016  and the deadline for filing governmental claims was  04/14/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,750.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,750.00 , for a total compensation of $ 3,750.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/28/2016                    By:/s/CATHERINE STEEGE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-37504 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | RICHARD A MOSS | | | | Date Filed (f) or Converted (c): | 10/16/2014 (f) |
| | | | | | 341(a) Meeting Date: | 11/17/2014 |
| For Period Ending: | 03/28/2016 | | | | Claims Bar Date: | 01/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence-1039 N. Penny Lane, Palatine, IL | 404,000.00 | 0.00 | | 0.00 | FA |
| 2. Pocket Money | 100.00 | 0.00 | | 0.00 | FA |
| 3. Cornerstone National Bank Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 4. Furniture in Home | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Everyday Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 6. 2009 Audi A4 | 10,545.00 | 0.00 | | 0.00 | FA |
| 7. 2012 Harley Davidson | 4,000.00 | 0.00 | | 0.00 | FA |
| 8. Counterclaim of Richard A. Moss (Pending)   (u) | 0.00 | 30,000.00 | | 30,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $419,795.00          $30,000.00          $30,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP #          8   --   Corkill Insurance Agency vs. Richard A. Moss, 13 CH 2775

Initial Projected Date of Final Report (TFR): 06/30/2016          Current Projected Date of Final Report (TFR): 06/30/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-37504 | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- |
| Case Name: | RICHARD A MOSS | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX7754 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX1336 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/28/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/20/15 | 8 | SCOTTSDALE INSURANCE COMPANY | SETTLEMENT PAYMENT | 1249-000 | $30,000.00 | | $30,000.00 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $15.82 | $29,984.18 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.57 | $29,939.61 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.51 | $29,895.10 |
| 02/29/16 | 3001 | Arthur B. Levine Company Surety Bond Agents 370 Lexington Avenue, Suite 1101 New York, NY 10017 | BOND PAYMENT | 2300-000 | | $16.00 | $29,879.10 |
| 03/04/16 | 3002 | ILLINOIS DEPARTMENT OF REVENUE PO BOX 19053 SPRINGFIELD, IL 62794-9053 | ILLINOIS TAXES | 2820-000 | | $1,044.00 | $28,835.10 |
| 03/04/16 | 3003 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0148 | FEDERAL TAXES | 2810-000 | | $2,490.00 | $26,345.10 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.58 | $26,303.52 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $30,000.00 | $3,696.48 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $3,696.48 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,000.00 | $3,696.48 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Page Subtotals: $30,000.00 $3,696.48

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7754 - Checking Account | $30,000.00 | $3,696.48 | $26,303.52 |
|  | $30,000.00 | $3,696.48 | $26,303.52 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $0.00    $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-37504-ABG  
Debtor Name: RICHARD A MOSS  
Claims Bar Date: 1/13/2016  

Date: March 28, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | CATHERINE STEEGE<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $3,750.00 | $3,750.00 |
| 100 3110 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $2,270.00 | $2,270.00 |
| 100 3120 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $43.32 | $43.32 |
| 100 3410 | ALAN D. LASKO<br>ALAN D. LASKO &<br>ASSOCIATES, P.C.<br>Suite 1150<br>205 West Randolph Street<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $1,400.40 | $1,400.40 |
| 100 3420 | ALAN D. LASKO<br>ALAN D. LASKO &<br>ASSOCIATES, P.C.<br>Suite 1150<br>205 West Randolph Street<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $17.30 | $17.30 |
| 1 280 5800 | MARTHA C. MOSS<br>1005 N. COVE DRIVE<br>PALATINE, IL 60067 | Priority | | $0.00 | $32,768.80 | $32,768.80 |
| 2 300 7100 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $1,287.05 | $1,287.05 |
| 3 300 7100 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $5,006.69 | $5,006.69 |
| 4 300 7100 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $5,465.86 | $5,465.86 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-37504-ABG  Date: March 28, 2016
Debtor Name: RICHARD A MOSS
Claims Bar Date: 1/13/2016

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR DIRECTV, LLC PO BOX 51178 LOS ANGELES, CA 90051-5478 | Unsecured | | $0.00 | $863.81 | $863.81 |
| | Case Totals | | | $0.00 | $52,873.23 | $52,873.23 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-37504
Case Name: RICHARD A MOSS
Trustee Name: CATHERINE STEEGE

| | | |
|---|---|---|
| Balance on hand | $ | 26,303.52 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 3,750.00 | $ 0.00 | $ 3,750.00 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 2,270.00 | $ 0.00 | $ 2,270.00 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 43.32 | $ 0.00 | $ 43.32 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 1,400.40 | $ 0.00 | $ 1,400.40 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 17.30 | $ 0.00 | $ 17.30 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 7,481.02 |
| Remaining Balance | $ | 18,822.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 32,768.80  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MARTHA C. MOSS | $ 32,768.80 | $ 0.00 | $ 18,822.50 |
| | Total to be paid to priority creditors | | | $ 18,822.50 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,623.41  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 1,287.05 | $ 0.00 | $ 0.00 |
| 3 | AMERICAN EXPRESS CENTURION BANK | $ 5,006.69 | $ 0.00 | $ 0.00 |
| 4 | AMERICAN EXPRESS CENTURION BANK | $ 5,465.86 | $ 0.00 | $ 0.00 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 863.81 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE