# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| RICHARD A MOSS | § | Case No. 14-37504 |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Wednesday, May 4, 2016, in Courtroom 642, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/29/2016            By: /s/ Catherine Steege
                                          Trustee


*CATHERINE STEEGE*
*JENNER & BLOCK*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL 60654-3456*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RICHARD A MOSS | § | Case No. 14-37504 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,000.00 |
| and approved disbursements of | $ | 3,696.48 |
| leaving a balance on hand of[1] | $ | 26,303.52 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 3,750.00 | $ 0.00 | $ 3,750.00 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 2,270.00 | $ 0.00 | $ 2,270.00 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 43.32 | $ 0.00 | $ 43.32 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 1,400.40 | $ 0.00 | $ 1,400.40 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 17.30 | $ 0.00 | $ 17.30 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 7,481.02 |
| Remaining Balance | $ | 18,822.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 32,768.80  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MARTHA C. MOSS | $          32,768.80 | $             0.00 | $          18,822.50 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 18,822.50 |
| Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,623.41  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CAPITAL ONE BANK (USA), N.A. | $          1,287.05 | $             0.00 | $             0.00 |
| 3 | AMERICAN EXPRESS CENTURION BANK | $          5,006.69 | $             0.00 | $             0.00 |
| 4 | AMERICAN EXPRESS CENTURION BANK | $          5,465.86 | $             0.00 | $             0.00 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | $            863.81 | $             0.00 | $             0.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Catherine Steege
Trustee

*CATHERINE STEEGE*
*JENNER & BLOCK*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL 60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-37504-ABG
Richard A Moss                                                            Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: jclarke          Page 1 of 2          Date Rcvd: Mar 30, 2016
                             Form ID: pdf006         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2016.
db            +Richard A Moss,    1039 N. Penny Lane,    Palatine, IL 60067-1821
22522871      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
23940169       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
24073361       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
               Los Angeles, CA  90051-5478
22522875      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    PO Box 982235,    El Paso, TX 79998)
22522874      +Bank of America,    P.O. Box 45144,    Jacksonville, FL 32232-5144
22522877      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
23900660       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
22795527      +Carolyn J Gallagher,    400 Skokie Boulevard,    Suite 380,    Northbrook, IL 60062-7933
22795528      +Corkill Insurance Agency,    25 Northwest Point Boulevard,    Suite 625,
               Elk Grove Village, IL 60007-1033
22795529      +David Axelrod,    20 North Clark Street,    Suite 2200,    Chicago, IL 60602-5113
22795532      #+David B Yavitz,    Yavitz & Levey,    20 S Clark Street,    Suite 2200,    Chicago, IL 60603-1815
23014396      +Martha C. Moss,    1005 N. Cove Drive,    Palatine, IL 60067-8447
22795533      +Steven G Wittenberg,    LeVine Wittenberg Shugan & Schatz,    20 North Clark Street,    Suite 800,
               Chicago, IL 60602-4119
22522880       Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22522878      +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2016 00:59:06     GECRBPAYPALSMARTCONN,
               P.O. Box 965005,    Orlando, FL 32896-5005
22522879      +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 31 2016 00:55:38     Harley Davidson Financial,
               4150 Technology Way,    Carson City, NV 89706-2026
                                                                                          TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22522872*     +American Express,    PO Box 981537,    El Paso, TX 79998-1537
22522873*     +American Express,    PO Box 981537,    El Paso, TX 79998-1537
23948150*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22522876*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    PO Box 982235,    El Paso, TX 79998)
                                                                              TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2016                                Signature:   /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2016 at the address(es) listed below:
              Bryan D Hughes    on behalf of Creditor   WELLS FARGO BANK, N.A. bankruptcy@FALLAW.com
              Catherine L Steege, ESQ    on behalf of Trustee Catherine L. Steege, ESQ csteege@jenner.com,
               docketing@jenner.com
              Catherine L. Steege, ESQ    on behalf of Accountant Alan D Lasko csteege@jenner.com,
               csteege@ecf.epiqsystems.com
              Catherine L. Steege, ESQ    csteege@jenner.com,   csteege@ecf.epiqsystems.com
              James  Reho    on behalf of Creditor Martha C. Moss hodelaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven C Lindberg    on behalf of Creditor   WELLS FARGO BANK, N.A. bankruptcy@fallaw.com
              Wendy R. Morgan    on behalf of Debtor 1 Richard A Moss bk@wendymorgan.com,   wrm@lawyer.com

District/off: 0752-1          User: jclarke          Page 2 of 2          Date Rcvd: Mar 30, 2016
                             Form ID: pdf006         Total Noticed: 17

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William S Hackney, III    on behalf of Interested Party    Corkill Insurance Agency, Inc.
                 whackney@salawus.com,   jadams@salawus.com,celliott@salawus.com,tsowles@salawus.com
                                                                                        TOTAL: 9