UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
        §
        §
RICHARD A MOSS   §   Case No. 14-37504
        §
        §
    Debtor   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 18,545.00                 Assets Exempt: 401,250.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 18,822.50     Claims Discharged
                                                Without Payment: 501,421.21

Total Expenses of Administration: 11,177.50

3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 434,766.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 14,908.52 | 14,908.52 | 11,177.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 51,591.30 | 51,591.30 | 18,822.50 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,817.00 | 12,623.41 | 12,623.41 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 467,583.00 | $ 79,123.23 | $ 79,123.23 | $ 30,000.00 |

4)  This case was originally filed under chapter 7 on 10/16/2014 . The case was pending for 20 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/21/2016           By:/s/CATHERINE STEEGE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Counterclaim of Richard A. Moss (Pending) | 1249-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 45144 Jacksonville, FL 32232 | | 18,443.00 | NA | NA | 0.00 |
| | Harley Davidson Financial 4150 Technology Way Carson City, NV 89706 | | 12,323.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage P.O. Box 10335 Des Moines, IA 50306-0335 | | 404,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 434,766.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE | 2100-000 | NA | 0.00 | 0.00 | 0.00 |
| TRUSTEE CATHERINE STEEGE | 2100-000 | NA | 3,750.00 | 3,750.00 | 3,750.00 |
| Arthur B. Levine Company | 2300-000 | NA | 16.00 | 16.00 | 16.00 |
| ASSOCIATED BANK | 2600-000 | NA | 146.48 | 146.48 | 146.48 |
| DEPARTMENT OF THE TREASURY | 2810-000 | NA | 2,490.00 | 2,490.00 | 2,490.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 1,044.00 | 1,044.00 | 1,044.00 |
| JENNER & BLOCK LLP | 3110-000 | NA | 4,540.00 | 4,540.00 | 2,270.00 |
| jenner & block llp | 3120-000 | NA | 86.64 | 86.64 | 43.32 |
| ALAN D. LASKO | 3410-000 | NA | 2,818.10 | 2,818.10 | 1,417.70 |
| ALAN D. LASKO | 3420-000 | NA | 17.30 | 17.30 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 14,908.52 | $ 14,908.52 | $ 11,177.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MARTHA C. MOSS | 5200-000 | NA | 18,822.50 | 18,822.50 | 18,822.50 |
| 1 | MARTHA C. MOSS | 5800-000 | NA | 32,768.80 | 32,768.80 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 51,591.30 | $ 51,591.30 | $ 18,822.50 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO Box 981537 El Paso, TX 79998 | | 4,200.00 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 79998 | | 3,854.00 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 79998 | | 12,910.00 | NA | NA | 0.00 |
| | GECRBPAYPALSMARTCONN P.O. Box 965005 Orlando, FL | | 299.00 | NA | NA | 0.00 |
| 3 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 5,006.00 | 5,006.69 | 5,006.69 | 0.00 |
| 4 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 5,307.00 | 5,465.86 | 5,465.86 | 0.00 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 863.81 | 863.81 | 0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,241.00 | 1,287.05 | 1,287.05 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 32,817.00 | $ 12,623.41 | $ 12,623.41 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-37504 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|---|---|
| Case Name: | RICHARD A MOSS | | | | Date Filed (f) or Converted (c): | 10/16/2014 (f) |
| | | | | | 341(a) Meeting Date: | 11/17/2014 |
| For Period Ending: | 06/21/2016 | | | | Claims Bar Date: | 01/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence-1039 N. Penny Lane, Palatine, IL | 404,000.00 | 0.00 | | 0.00 | FA |
| 2. Pocket Money | 100.00 | 0.00 | | 0.00 | FA |
| 3. Cornerstone National Bank Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 4. Furniture in Home | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Everyday Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 6. 2009 Audi A4 | 10,545.00 | 0.00 | | 0.00 | FA |
| 7. 2012 Harley Davidson | 4,000.00 | 0.00 | | 0.00 | FA |
| 8. Counterclaim of Richard A. Moss (Pending) (u) | 0.00 | 30,000.00 | | 30,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $419,795.00    $30,000.00    $30,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP #    8  --  Corkill Insurance Agency vs. Richard A. Moss, 13 CH 2775

Initial Projected Date of Final Report (TFR): 06/30/2016    Current Projected Date of Final Report (TFR): 06/30/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-37504 | Trustee Name: | CATHERINE STEEGE |
| Case Name: | RICHARD A MOSS | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX7754 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX1336 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/21/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/20/15 | 8 | SCOTTSDALE INSURANCE COMPANY | SETTLEMENT PAYMENT | | 1249-000 | $30,000.00 | | $30,000.00 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | $15.82 | $29,984.18 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. ☐330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $44.57 | $29,939.61 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. ☐330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $44.51 | $29,895.10 |
| 02/29/16 | 3001 | Arthur B. Levine Company Surety Bond Agents 370 Lexington Avenue, Suite 1101 New York, NY 10017 | BOND PAYMENT | | 2300-000 | | $16.00 | $29,879.10 |
| 03/04/16 | 3002 | ILLINOIS DEPARTMENT OF REVENUE PO BOX 19053 SPRINGFIELD, IL 62794-9053 | ILLINOIS TAXES | | 2820-000 | | $1,044.00 | $28,835.10 |
| 03/04/16 | 3003 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0148 | FEDERAL TAXES | | 2810-000 | | $2,490.00 | $26,345.10 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. ☐330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $41.58 | $26,303.52 |
| 05/05/16 | 3004 | TRUSTEE CATHERINE STEEGE JENNER & BLOCK LLP 353 N. CLARK STREET CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION | | 2100-000 | | $3,750.00 | $22,553.52 |
| 05/05/16 | 3005 | JENNER & BLOCK LLP 353 N. CLARK STREET CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION | | | | $2,313.32 | $20,240.20 |
| | | JENNER & BLOCK LLP | FINAL DISTRIBUTION | ($2,270.00) | 3110-000 | | | |
| | | jenner & block llp | | ($43.32) | 3120-000 | | | |

Page Subtotals: $30,000.00   $9,759.80

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-37504 | Trustee Name: CATHERINE STEEGE |
| Case Name: RICHARD A MOSS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX7754 |
| | Checking Account |
| Taxpayer ID No: XX-XXX1336 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/21/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/16 | 3006 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES, P.C.<br>Suite 1150<br>205 West Randolph Street<br>CHICAGO, IL 60606 | FINAL DISTRIBUTION | | | $1,417.70 | $18,822.50 |
| | | ALAN D. LASKO | FINAL DISTRIBUTION ($1,400.40) | 3410-000 | | | |
| | | ALAN D. LASKO | ($17.30) | 3410-000 | | | |
| 05/05/16 | 3007 | MARTHA C. MOSS<br>1005 N. COVE DRIVE<br>PALATINE, IL 60067 | FINAL DISTRIBUTION | 5200-000 | | $18,822.50 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $30,000.00 | $30,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $30,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,000.00 | $30,000.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $20,240.20 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7754 - Checking Account | $30,000.00 | $30,000.00 | $0.00 |
| | $30,000.00 | $30,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |

Page Subtotals:   $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*